## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

Aldo Becerra

v.                                    Case Number: 7:19−cv−00236

Raul Tovar, et al.

---

### NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 2/12/2020

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:    February 4, 2020

David J. Bradley, Clerk